IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-CR-04095-SRB |
| JEREMIAH EZEKIEL BROWN, ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Willie J. Epps's Report and Recommendation (Doc. #52) to deny Defendant Jeremiah E. Brown's Motion to Suppress Evidence (Doc. #28). Defendant Brown filed Objections to the Report and Recommendation on August 12, 2021. (Doc. #54.) After an independent, de novo review of the pending motion, the record, and applicable law, the Court adopts Judge Epps's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Epps's Report and Recommendation (Doc. #52) is **ADOPTED** and shall be attached to and made part of this Order. Defendant Brown's Motion to Suppress Evidence (Doc. #28) is **DENIED** and Defendant Brown's Objections to Report and Recommendation (Doc. #54) are OVERRULED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT JUDGE

Dated: August 17, 2021